# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

158240 (88)(97)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

SUSAN BISIO,
            Plaintiff-Appellant,

v

THE CITY OF THE VILLAGE OF
CLARKSTON,
            Defendant-Appellee.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158240
COA: 335422
Oakland CC: 2015-150462-CZ

_____/

On order of the Court, the motion to file a reply to the answer to the motion for rehearing is GRANTED, and the reply filed with the motion is accepted for filing. The motion for rehearing of this Court's July 24, 2020 opinion is considered, and it is DENIED.

VIVIANO, J. (*dissenting*).

I would grant defendant-appellee's motion for rehearing and vacate the Court's opinion in order to allow the parties and amici curiae an opportunity to address the merits of the new legal theory adopted by the majority opinion.



t0929

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk